RECEIVED
IN ALEXANDRIA, LA

MAY 29 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHEIKH TAMBADOU | : | DOCKET NO. 2:06-cv-1156 |
| VS. | : | JUDGE TRIMBLE |
| CRAIG ROBINSON, ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that petitioner's petition be DENIED as premature and that this petition be DISMISSED without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29th day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE